# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15-cv-222

| | |
|---|---|
| MICHAEL A. HAGER and CYNTHIS G. HAGER, ) ) ) Plaintiffs, ) ) vs. ) ) SETERUS, INC., ) ) Defendant. ) ) | ORDER |

**THIS MATTER** is before the Court on Jasmine Kelly Gardner's Application for Admission to Practice *Pro Hac Vice* of James Douglas Minor, Jr. It appearing that James Douglas Minor, Jr. is a member in good standing with the State Bars of Mississippi and Florida and will be appearing with Jasmine Kelly Gardner, a member in good standing with the Bar of this court, that all admission fees have been paid, and the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Jasmine Kelly Gardner's Application for Admission to Practice Pro Hac Vice (#13) of James Douglas

Minor, Jr. is **GRANTED**, and that James Douglas Minor, Jr. is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Jasmine Kelly Gardner.

Signed: July 11, 2016

Dennis L. Howell
United States Magistrate Judge