**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00222-MR-DLH**

| | |
|---|---|
| MICHAEL A. HAGER and ) <br> CYNTHIA G. HAGER, ) <br> ) <br>          Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> SETERUS, INC., ) <br> ) <br>          Defendant. ) <br> _____ ) | O R D E R |

**THIS MATTER** is before the Court *sua sponte*.

On January 6, 2017, counsel for all parties filed under seal a Notice of Settlement and Term Sheet [Doc. 55] indicating that they had reached a complete settlement in this matter.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiffs and the Defendant shall file a joint stipulation of dismissal within thirty (30) days of the entry of this Order. **Failure to file such document within the time required may result in the Court convening a hearing for the parties to show cause why their Notice of Settlement and Term Sheet [Doc. 55]**

**should not be enforced, and may result in the entry of an order dismissing this action.**

**IT IS SO ORDERED.**

Signed: January 12, 2017

Martin Reidinger
United States District Judge